B6A (Official Form 6A) (12/07)

In re **Aspen Main Street Properties, L.P.**  Case No. **10-31829**
(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Business property<br>Lots E, F, G and the easterly 10 feet of Lot D, Block 98, city and townsite of Aspen<br><br>AND<br><br>Lots 5, 6, 7 and the easterly 10 feet of Lot 4, Block 29, East Aspen Additional Townsite, and all improvements thereon | Real Property | | $19,173,653.00 | $11,250,000.00 |

Total: $19,173,653.00
(Report also on Summary)

**EXHIBIT A**