| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 10-31829-hdh11<br>Northern District of Texas<br>Dallas<br>Thu May 20 17:13:25 CDT 2010 | Alpine Bank<br>600 E Hopkins Ste 001<br>Aspen, CO 81611-1949 | Aspen Main Street Properties, L.P.<br>14881 Quorum Drive<br>Suite 200<br>Dallas, TX 75254-6733 |
| Point Five Windows & Doors<br>c/o Michelle Meyer<br>Davis Graham & Subbs LLP<br>1550 Seventeenth Street<br>Suite 500<br>Denver, CO 80202-1500 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | 186 Lightning Design Group<br>211 Violet Street, Unit 110<br>Golden, CO 80401-6721 |
| Alpine Bank<br>119 Airport Business Center<br>Aspen, CO 81611-2561 | America Development & Investments<br>The Belvedere<br>14881 Quorum Dr. No. 200<br>Dallas, TX 75254-6733 | Architectural Engineering Consulting<br>1100 Glade Rd.<br>Colleyville, TX 76034-4227 |
| Aspen Consolidated Sanitation<br>565 N. Mill St.<br>Aspen, CO 81611-1544 | Attorney General of Texas<br>Bankruptcy Division<br>P O Box 12548<br>Austin, TX 78711-2548 | Austin, Peirce & Smith P.C.<br>600 E. Hopkins No. 205<br>Aspen, CO 81611-2933 |
| Bradley, Allen & Assoc. LLP<br>225 Union Blvd. No. 450<br>Lakewood, CO 80228-1867 | Charles Cunniffe<br>610 Hyman Ave.<br>Aspen, CO 81611-1923 | City of Aspen - Water Department<br>Lee Ledesma, Utilities Operations Mgr.<br>130 S. Galena<br>Aspen, CO 81611-1902 |
| City of Aspen - Water Services<br>500 Doolittle Dr.<br>Aspen, CO 81611 | City of Aspen Utilities<br>130 S. Galena St.<br>Aspen, CO 81611-1902 | Commercial Cost Control, Inc.<br>210 Gallant Ct.<br>Colleyville, TX 76034-7617 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | DG & A Interior Design<br>5401 N. Central Expressway No. 305<br>Dallas, TX 75205-3348 | Dallas County<br>Linebarger Goggan Blair & Sampson LLP<br>CO Laurie Spindler Huffman<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2637 |
| Don Westerlind Inspection<br>315 East Main Street<br>Aspen, CO 81611-1929 | Donna Lundgren-Wiedinmyer<br>P.O. Box 6700<br>Snowmass Village, CO 81615-6700 | Gallagher Sharp West<br>Attn: R J Gallagher<br>706 W. Main Street<br>Aspen, CO 81611-1622 |
| Greg Mozian and Associates<br>208 Midland Ave.<br>Basalt, CO 81621 | Gregory & Plotkin, LLC<br>1331 17th St. No. 1060<br>Denver, CO 80202-1556 | Hunter Square<br>CO Susan Whitney<br>604 E. Main Street, No. 110<br>Aspen, CO 81611-1620 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Jeffrey Jones<br>14881 Quorum Drive, Suite. 200<br>Dallas, TX 75254-6733 | John Olson Builders<br>200 East Aspen Main Street<br>2nd Floor<br>Aspen, CO 81611-1956 |

| | | |
|---|---|---|
| Leggett & Clemons<br>2745 Dallas North Parkway<br>Suite 310<br>Plano, TX 75093 | Moran & Ozbirn P.C.<br>8750 N. Central Expressway<br>Suite 1040<br>Dallas, TX 75231-6429 | Neujahr and Gorman, Inc.<br>88 Steele St. No. 200<br>Denver, CO 80206-5719 |
| One Beacon Insurance<br>Department 0051<br>Palatine, IL 60055-0001 | Pitkin County Treasurer<br>506 E. Main St. No. 201<br>Aspen, CO 81611-2903 | Point Five Windows & Doors<br>1001 Buckingham<br>Fort Collins, CO 80524-2534 |
| Studio 2a LLC<br>537 Custer No. 2<br>Evanston, IL 60202-2939 | Swift Property Fund<br>112 S. Mill Street<br>ASpen, CO 81611-3414 | Texas Workforce Commission<br>101 E. 15th St.<br>Austin, TX 78778-0001 |
| U. S. Attorney<br>Main Justice Bldg.<br>10th St. & Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | Western Slope Fencing, Inc.<br>PO Box 2091<br>Carbondale, CO 81623-5091 | Joyce W. Lindauer<br>Joyce W. Lindauer, Attorney at Law<br>8140 Walnut Hill Lane, Suite 301<br>Dallas, TX 75231-4328 |
| Jurine Biers<br>c/o Stutzman, Bromberg, Esserman & Plifk<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201-2655 | Kerry S. Simmons<br>8140 Walnut Hill Lane<br>Suite 301<br>Dallas, TX 75231-4328 | Nicholas C. Inman<br>8140 Walnut Hill Ln., Ste. 301<br>Dallas, TX 75231-4328 |
| UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Comptroller of Public Accounts<br>Rev Acct Div-Bankruptcy Sec<br>PO Box 13528<br>Austin, TX 78711 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Dallas County | End of Label Matrix<br>Mailable recipients   45<br>Bypassed recipients    1<br>Total                  46 |